**Signed: June 18, 2009**



_____
**LESLIE TCHAIKOVSKY**
**U.S. Bankruptcy Judge**
_____

1  PATRICK L. FORTE, State Bar #80050
   CORRINE BIELEJESKI, State Bar #244999
2  LAW OFFICES OF PATRICK L. FORTE
   One Kaiser Plaza, #480
3  Oakland, CA 94612
   Telephone: (510) 465-3328
4  Facsimile: (510) 763-8354

5  Attorneys for Debtors

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | No. 08-43504 LT-13 |
| **KEVIN RICHARD BECK and JENNIFER LYNN ZAGELOW,** | Chapter 13 |
| **Debtors.** | ORDER SUSTAINING OBJECTION TO CLAIM #10 OF SAN JOAQUIN COUNTY <u>TAX COLLECTOR</u> |

Upon consideration of the Declaration Re Default On Objection To Claim and good cause appearing thereof;

IT IS HEREBY ORDERED that:

The default of San Joaquin County Tax Collector is entered and the objection to Claim #10, is sustained.

Claims #10 filed on September 30, 2008 by San Joaquin County Tax Collector is:

( ) Allowed as a secured claim in the amount of $_____.

(X) Allowed as an unsecured/non-priority/claim in the amount of $ <u>$2,557.02</u>.

( ) Disallowed in their entirety.

***END OF ORDER***

**COURT SERVICE LIST**

**DEBTOR'S ATTORNEY**
Patrick L. Forte, Esq.
One Kaiser Plaza, #480
Oakland, CA 94612


**CHAPTER 13 TRUSTEE**
Martha Bronitsky
Trustee
P.O. Box 5004
Hayward, CA 94540


U.S. TRUSTEE
1301 Clay St. #690N
Oakland, CA 94612


**CLAIMANT**
Shabbir A. Kahn
San Joaquin County Tax Collector
Attn: Christine M. Babb, Asst. Treasurer/Tax Collector
P.O. Box 2169
Stockton, CA 95201-2169