```
 1  PATRICK L. FORTE, State Bar #80050
    CORRINE BIELEJESKI, State Bar #244599
 2  LAW OFFICES OF PATRICK L. FORTE
    One Kaiser Plaza, #480
 3  Oakland, CA 94612
    Telephone: (510) 465-3328
 4  Facsimile: (510) 763-8354

 5  Attorneys for Debtors

 6

 7

 8                   UNITED STATES BANKRUPTCY COURT

 9                   NORTHERN DISTRICT OF CALIFORNIA

10  In re:                          No. 08-43504 LT

11  KEVIN RICHARD BECK              Chapter 13
    and JENNIFER LYNN ZAGELOW,
12                                  MOTION TO MODIFY CHAPTER 13 PLAN;
                 Debtors.           NOTICE TO CREDITORS OF
13  _____/ DEADLINE TO REQUEST A HEARING

14       The above-named debtors apply to the court for an order to modify

15  their Chapter 13 Plan as follows:

16  Debtors shall surrender the 2001 Saturn SC1 Coupe to WFS/ Wachovia. The

17  monthly plan payments shall remain the same.  Any plan arrearages shall

18  be forgiven.  Unsecured, nonpriority creditors shall be paid on a pro-

19  tanto basis.

20       The modification is sought on the following grounds: The vehicle

21  needs some repairs which debtors cannot afford.

22

23       **NOTICE IS HEREBY GIVEN:**

24       (i)  That Local Rule 9014-1 of the United States Bankruptcy Court

25  for the Northern District of California prescribes the procedures to be

26  followed and that any objection to the requested relief, or a request for
```

hearing on the matter must be filed and served upon the undersigned within twenty (20) days of mailing of this notice;

    (ii)  That a request for hearing or objection must be accompanied by any declarations or memoranda of law the party objecting or requesting wishes to present in support of its position;

    (iii)  That if there is not a timely objection to the requested relief or a request for hearing, the Court may enter an order granting the relief by default; and

    (iv)  That the undersigned will give at least ten (10) days written notice of hearing to the objecting or requesting party, and to any trustee or committee appointed in the case, in the event an objection or request for hearing is timely made.

Dated:  September 2, 2009

      /s/ Corrine Bielejeski  
      CORRINE BIELEJESKI  
      Attorney for Debtor